IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GORAL, Personal Representative of the Estate of Kristine Griffing, deceased;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EATON CORPORATION, OMRON STI MACHINE SERVICES INC.,<br><br>　　　　　Defendants. | 4:13CV3003<br><br>**ORDER** |

　　　　IT IS ORDERED:

1)　　　The plaintiff's motion for a refund of the filing fee, (Filing No. 8), is granted.

2)　　　The Clerk shall refund the $350 filing fee paid on January 11, 2013 by Andrea Goral, personal representative of the Estate of Kristine Griffing.

January 22, 2013

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge