IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREA GORAL, Personal Representative of the ESTATE OF KRISTINE GRIFFING, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:13CV3003 |
| v. | ) ) | |
| OMRON STI MACHINE SERVICES INC., MQ AUTOMATION/MOSIER DIVISION INDIANA, and EATON CORPORATION, | ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

    Because "the parties hereto successfully negotiated a mediated settlement agreement, obviating the need for summary judgment," defendant MQ Automation/Mosier Division Indiana moves (Filing 64) to withdraw its pending motion for summary judgment (Filing 61) without prejudice to refiling. I shall grant the defendant's motion.

    IT IS ORDERED:

    1.    The Motion to Withdraw Summary Judgment Motion (Filing 64) filed by defendant MQ Automation/Mosier Division Indiana is granted;

    2.    The Motion for Summary Judgment (Filing 61) filed by defendant MQ Automation/Mosier Division Indiana is denied as moot without prejudice to refiling; and

3.     To the extent all parties to this lawsuit have settled this action, the parties should notify the court pursuant to NECivR 41.1.

DATED this 10th day of March, 2014.

                                                   BY THE COURT:
                                                   *Richard G. Kopf*
                                                   Senior United States District Judge